UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-00019(01) RM |
| ) | |
| ANTHONY V. VILLANUEVA ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 2, 2009 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Anthony Villanueva plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. § 843(b).

SO ORDERED.

ENTERED:   October 23, 2009

                              /s/ Robert L. Miller, Jr.
                            Chief Judge
                            United States District Court